Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| LINDSEY CAMPBELL, | **SHORT FORM DISCOVERY MOTION** |
|---|---|
| Plaintiff, | |
| vs. | *(Hearing Requested)* |
| OLSON ASSOCIATES P.C., *et al.*, | Case Number: 2:23-cv-00914 |
| | Judge: David B. Barlow |
| Defendants. | Magistrate Judge: Daphne A. Oberg |

Plaintiff requests this Court to compel proper discovery responses pursuant to Fed. R. Civ. P. 37 and DUCivR 37-1. Counsel certifies he attempted to resolve these disputes with Defendants' counsel on January 17, 2025.

The constable Defendants refused to answer simple relevant inquiries in discovery. Evidence of other collection letters and property seizures and sales in other cases as requested in Interrogatory Nos. 10-13, 16, and 17 and Request for Production No. 14 is relevant and probative of whether Defendants intended to carry out those threats here. Making the same empty threats thousands of other times without ever carrying them out objectively proves Defendants' threats here were fraudulent and deceptive. Plaintiff is entitled to explore (and explain to a jury) how vast the scope and history of the Defendants' scheme runs.

Defendants' answer to Interrogatory No 14 is similarly non-responsive. Whether the constables violated the scope of authority granted by the other Defendants is relevant to their scope of authority, the oversight by the other

Defendants, and whether the other Defendants' approved of the constables' actions. Instead of answering that inquiry, Defendants changed the question to argue its authority comes from other sources.

Interrogatories Nos. 2-4 request information about the genesis of the constables' collection activities. Interrogatories Nos. 5-8 and 10-13 also pertain to their collection activity, the knowledge and involvement of the other Defendants, and the process by which those activities occur. All of that is relevant to whether they are debt collectors under the FDCPA and to what extent the other Defendants are aware of and complicit in the illegal conduct. That information is also probative of "motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident"[1] and the Defendants' "habit or an organization's routine practice….."[2] The volume, regularity, duration, and frequency of the Defendants' other collections is relevant and probative with regard to the claims and defenses at issue.[3] Defendants argue they are not debt collectors and that their violations result from mistakes. This information proves otherwise.

Interrogatory No. 9 seeks an accounting of the debt. Because Defendants committed fraud and violated the FDCPA and UCSPA by collecting amounts Plaintiff did not owe, and by adding amounts to the debt they never incurred, this information is relevant and probative.

Requests for Production Nos. 1, 2, and 3 seek copies of tax forms and agreements between the Defendants. This information is relevant and probative of their fraud and deception and wholly disproves the notion that the other

---

[1] Fed. R. Evid. 404(b)(2)
[2] Fed. R. Civ. P. 406
[3] *James v. Wadas*, 724 F.3d 1312, 1317-18 (10th Cir. 2013); 15 U.S.C. § 1692a(6)

Defendants did not know the constables were collecting payments instead of executing Writs of Execution. This information also establishes that the constables regularly engaged in collection activity for the other Defendants. That is relevant under the FDCPA and disproves their claim they are not regularly engaged in debt collections.

    Plaintiff therefore seeks an order compelling proper responses.

DATED 1/17/2025           Eric Stephenson
                                                       *Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on 1/17/2025 I served the foregoing SHORT FORM DISCOVERY MOTION to Defendants' counsel of record through this Court's electronic filing system.

/s/ Eric Stephenson
*Attorney for Plaintiff*
